John H. Lovell, SBN: 12609300
Joe Lovell, SBN: 12609100
Deborah D. Reeves, SBN: 24006668
**LOVELL, LOVELL, NEWSOM & ISERN L.L.P.**
112 West 8th Ave., Suite 1000
Amarillo, Texas 79101-2314
Telephone: 806/373-1515
Facsimile: 806/379-7176

**ATTORNEYS FOR DEFENDANTS**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE<br>AMERICAN HOUSING<br>FOUNDATION,<br>    Debtor | § § § § | Case No. 09-20232-rlj-11 |
| WALTER O'CHESKEY, AS<br>CHAPTER 11 TRUSTEE,<br>    Plaintiff,<br>vs.<br>CAMPBELL BURGESS, ET AL.<br>    Defendant. | § § § § § § | Case No.  10-02126 |
| WALTER O'CHESKEY, AS<br>CHAPTER 11 TRUSTEE,<br>    Plaintiff,<br>vs.<br>CAMPBELL BURGESS, ET AL.<br>    Defendant. | § § § § § § | Case No.  10-02127 |
| WALTER O'CHESKEY, AS<br>CHAPTER 11 TRUSTEE,<br>    Plaintiff,<br>vs.<br>HERRING FINANCIAL<br>SERVICES, INC., ET AL.<br>    Defendant. | § § § § § § § § | Case No.  10-02128 |
| WALTER O'CHESKEY, AS<br>CHAPTER 11 TRUSTEE,<br>    Plaintiff,<br>vs.<br>HERRING NATIONAL BANK, ET AL.<br>    Defendant. | § § § § § § | Case No.  10-02130 |
| WALTER O'CHESKEY, AS<br>CHAPTER 11 TRUSTEE,<br>    Plaintiff,<br>vs. | § § § § | Case No.  10-02131 |

**MOTION FOR EXPEDITED HEARING REGARDING FIRST AMENDED CREDITORS' / DEFENDANTS' (I) OMNIBUS OBJECTION TO TRUSTEE'S MOTION TO UNABATE AND ENTER SCHEDULING ORDERS AND SET TRIAL DATES, (II) MOTION FOR REHEARING REGARDING MAY 21, 2013 ORDER TO LIFT ABATEMENT, AND (III) MOTION TO REESTABLISH ABATEMENT OF SO CALLED "SOFT MONEY" ADVERSARY PROCEEDINGS — Page 1 of 5**

| | |
|---|---|
| WILLIAM SCOTT, ET AL. | § |
|     Defendant. | § |
| WALTER O'CHESKEY, AS | § |
| CHAPTER 11 TRUSTEE, | § |
|     Plaintiff, | § |
| vs. | §   Case No. 10-02133 |
| DON STORSETH, ET AL. | § |

**Defendant**

**MOTION FOR EXPEDITED HEARING REGARDING FIRST AMENDED CREDITORS' / DEFENDANTS' (I) OMNIBUS OBJECTION TO TRUSTEE'S MOTION TO UNABATE AND ENTER SCHEDULING ORDERS AND SET TRIAL DATES, (II) MOTION FOR REHEARING REGARDING MAY 21, 2013 ORDER TO LIFT ABATEMENT, AND (III) MOTION TO REESTABLISH ABATEMENT OF SO CALLED "SOFT MONEY" ADVERSARY PROCEEDINGS**

The creditors shown in Table 1 below (the "Creditors") who are defendants in the above-captioned adversary proceedings, which adversary proceedings are also referenced in Table 1 below (collectively, the "Remaining Adversary Proceedings") file this *Motion for Expedited Hearing* regarding the *First Amended Creditors' / Defendants' (I) Omnibus Objection to Trustee's Motion to Unabate and Enter Scheduling Orders and Set Trial Dates, (II) Motion for Rehearing Regarding May 21, 2013 Order to Lift Abatement, and (III) Motion to Reestablish Abatement of so Called "Soft Money" Adversary Proceedings* (the "Motion to Abate") and in support thereof would show the Court the following.

| Table 1 | |
|---|---|
| **Creditor / Defendant** | **Adversary Proceeding** |
| 11-02126 | Banjo, Inc. |
| 11-02126 | Carson A. Burgess-Griffiths |
| 11-02126 | Carson Burgess |
| 11-02126 | Monarch Trust Company as Trustee of the Burgess Trust No. 4 |
| 11-02126 | Terry Wright, as Co-Trustee of the Louise Johnson Thomas Trust and |

**MOTION FOR EXPEDITED HEARING REGARDING FIRST AMENDED CREDITORS' / DEFENDANTS' (I) OMNIBUS OBJECTION TO TRUSTEE'S MOTION TO UNABATE AND ENTER SCHEDULING ORDERS AND SET TRIAL DATES, (II) MOTION FOR REHEARING REGARDING MAY 21, 2013 ORDER TO LIFT ABATEMENT, AND (III) MOTION TO REESTABLISH ABATEMENT OF SO CALLED "SOFT MONEY" ADVERSARY PROCEEDINGS — Page 2 of 5**

| Table 1 ||
|---|---|
| **Creditor / Defendant** | **Adversary Proceeding** |
|  | Cornelia Johnson Slemp Trust |
| 11-02127 | Banjo, Inc. |
| 11-02127 | C. C. Burgess |
| 11-02127 | Carson Burgess |
| 11-02127 | Charlotte Burgess |
| 11-02127 | Cornelia Slemp Trust |
| 11-02127 | Jessie Herring Johnston Trust #1 |
| 11-02127 | Jessie Herring Johnston Trust #2 |
| 11-02127 | Louise Johnson Thomas Trust |
| 11-02128 | C.C. Burgess |
| 11-02128 | Campbell Burgess |
| 11-02128 | Chain-C, Inc. |
| 11-02128 | Herring Financial Services |
| 11-02128 | Keevin Clark |
| 11-02130 | Herring National Bank |
| 11-02130 | Vaudry Capital, L.P. |
| 11-02131 | William E. Scott & William E. Scott IRA |
| 11-02133 | Clay Storseth |
| 11-02133 | Dennis Dougherty |
| 11-02133 | Don Storseth |
| 11-02133 | Estate of Frances Maddox |
| 11-02133 | Heron Land Company |
| 11-02133 | Paul King |

1. The Creditors filed their original motion to abate on June 4, 2013.

2. The Creditors filed the Motion to Abate (i.e., the amended motion) on June 5, 2013.

3. Requested hearing date:  June 20, 2013 Amarillo video docket call.

4. Reason for expedited hearing:  An expedited hearing is requested so that:

   a. the Motion to Abate can be determined before scheduling orders are entered and before any activity resumes in the Remaining Clawback Adversary Proceedings (as defined in the Motion to Abate);

      b. the Creditors may obtain clarity as to what they may face in terms of scheduling and litigation in the coming months.

5.    <u>Parties in interest:</u>  The Trustee is the only party in interest.

6.    <u>Notice is sufficient:</u>  Notice of the requested hearing date is sufficient considering that the docket call in question is fifteen days away from the date of the filing of this motion.

7.    <u>Reason why hearing was not previously requested:</u>  A hearing was requested as soon as practicable after the entry of the order lifting the abatement in the Remaining Clawback Adversary Proceedings.

WHEREFORE, the Creditors referenced and described above respectfully requests that the Court set the Motion to Abate (as defined above) for hearing on the June 20, 2013 Amarillo video docket call.. The Creditors respectfully request such other and further relief to which they are entitled at law or in equity.

Dated: June 7, 2013	Respectfully submitted:

                                   LOVELL, LOVELL, NEWSOM ISERN, L.L.P.
                                   Joe L. Lovell, SBT: 12609100
                                   John H. Lovell, SBT: 12609300
                                   Deborah D. Reeves, SBT: 24006668
                                   112 West 8th Avenue, Suite 1000
                                   Amarillo, Texas 79101-2314
                                   Telephone: (806) 373-1515
                                   Facsimile: (806) 379-7176

                                   By: /s/ Joe Lovell
                                         Joe Lovell

                                 ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF CONFERENCE**

      I hereby certify that counsel for Defendants has conferred with Barry Golden on June 6, 2013, regarding the relief requested in this Motion and Mr. Golden is opposed.

                                   /s/ Joe Lovell
                                      Joe Lovell

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Notice of Appeal was forwarded by regular first class mail, and/or by ECF notification, on June 7, 2013, to counsel for the trustee.

                                   /s/ Joe Lovell
                                      Joe Lovell